**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION**

| | | |
|---|---|---|
| **ORANGE GROVE CONDOMINIUM ASSOCIATION,**<br>***Plaintiff*,**<br><br>**v.**<br><br>**THE PRINCETON EXCESS AND SURPLUS LINES INSURANCE COMPANY,**<br>***Defendants*.** | **§**<br>**§**<br>**§**<br>**§**<br>**§**<br>**§**<br>**§**<br>**§**<br>**§**<br>**§**<br>**§**<br>**§** | **CIVIL ACTION NO. 1:25-CV-00149**<br>**JURY** |

---

**AGREED MOTION TO DISMISS WITH PREJUDICE**

---

Plaintiff Orange Grove Condominium Association ("Plaintiff") and Defendant The Princeton Excess and Surplus Lines Insurance Company ("Defendant") jointly file this Agreed Motion to Dismiss with Prejudice ("Motion") and respectfully show the Court the following:

Plaintiff and Defendant have agreed upon an amicable resolution amongst themselves as well as by and through their counsel of record. Plaintiff and Defendant have further agreed that the costs of court and attorney's fees shall be borne by the party incurring the same.

As evidenced by the signature of its counsel below, Plaintiff respectfully requests that this Court enter an Order by which all claims alleged by Plaintiff against Defendant in this action shall be dismissed with prejudice and the parties shall bear their own fees and costs.

A proposed agreed order has been provided with this Motion for the Court's consideration.

[*Signatures on following page*]

Agreed as to substance and form and jointly submitted by:

_/s/ Alexander M. Jadin __
Alexander M. Jadin
ajadin@sjjlawfirm.com
Travis M. Hilton
thilton@sjjlawfirm.com
SMITH JADIN JOHNSON, PLLC
7900 Xerxes Avenue South, Suite 2020
Bloomington, MN 55437
Telephone: (651) 388-0289
Facsimile: (612) 235-7927

**ATTORNEYS FOR PLAINTIFF**

/s/ Mark A. Broom
Paige C. Jones
Texas Bar No. 24054609
paige.jones@phelps.com
Mark A. Broom
Texas Bar No. 24116133
mark.broom@phelps.com
2102 E. State Highway 114, Suite 207
Southlake, TX 76092
Telephone: (817) 488-3134
Telecopier: (817) 488-3214

**ATTORNEYS FOR DEFENDANT**