IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ORANGE GROVE CONDOMINUM ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>THE PRINCETON EXCESS AND SURPLUS LINES INSURANCE COMPANY,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 1:25-CV-149-RP |

**ORDER**

On December 11, 2025, the parties filed an agreed motion to dismiss this case with prejudice. (Dkt. 20). The Court construes the parties' motion as a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on December 12, 2025.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE